```
                                    FILED
                              2019 NOV 15 P 3: 34
                              CLERK U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA
                              BY:         ̲       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **19 CR 4615 AJB** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Fentanyl; |
| DAVID ELIAS MARTINS (1), KARLA PATRICIA RODRIGUEZ (2), | Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| Defendants. | |

The grand jury charges:

Count 1

On or about June 21, 2019, within the Southern District of California, defendant DAVID ELIAS MARTINS, did knowingly and intentionally distribute a Schedule II Controlled Substance, to wit: a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl); in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//

MAD:cms(1):San Diego:11/15/19

Count 2

On or about June 21, 2019, within the Southern District of California, defendant KARLA PATRICIA RODRIGUEZ, did knowingly and intentionally distribute a Schedule II Controlled Substance, to wit: a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl); in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1.  The allegations contained in Counts 1 and 2 are hereby re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of the commission of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant KARLA RODRIGUEZ shall, upon conviction, forfeit to the United States any and all property constituting, or derived from, any proceeds that the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this indictment.

3.  If any forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;

//

|   |   |   |
|---|---|---|
| c. | has been placed beyond the jurisdiction of the Court; |
| d. | has been substantially diminished in value; or |
| e. | has been commingled with other property which cannot be subdivided without difficulty; |

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

DATED: November 15, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
MICHAEL A. DESHONG
Assistant U.S. Attorney

3